UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
:
TELTECH SYSTEMS, INC.            :     11 Civ. 1711 (WHP)
:
        Plaintiff,      :     ORDER
:
      -against-               :
:
ITELLAS LLC, ITELLAS            :
COMMUNICATIONS, and JOHN         :
DOES 2-20,                       :
:
        Defendants.     :
:
-----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/11
```

WILLIAM H. PAULEY III, District Judge:

      It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated:    August 3, 2011
           New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of Record:*

Jonathan A. Berger, Esq.
Levisohn, Berger & Langsam, LLP
805 Third Avenue, 19th Floor
New York, NY 10022
*Counsel for Plaintiff*

Paul M. Sykes, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue N
Birmingham, AL 35203
*Counsel for Defendant*